## MILLER ET AL. *v.* CITY OF CHICAGO.

No. 260.   Decided October 14, 1963.

*Harry G. Fins* and *Favil David Berns* for appellants.

*John C. Melaniphy* and *Sydney R. Drebin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BUTLER *v.* DUNBAR, CORRECTIONS DIRECTOR.

No. 244.   Decided October 14, 1963.

*J. Perry Langford* for appellant.

*Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.